Thomas M. Kerr (CA State Bar No. 241530)
Jonathan G. Fetterly (CA State Bar No. 228612)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs
PRIORITY RECORDS, LLC; ARISTA RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and UMG RECORDINGS, INC., a Delaware corporation<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DEBRA WILLIAMS,<br><br>　　　　　Defendant. | CASE NO. 3:06-CV-04248 JL<br><br>Honorable James Larson<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [XXXXXXXX PROPOSED] ORDER**<br><br>Date: October 18, 2006<br>Time: 10:30 a.m.<br>Location: Courtroom F, 15th Floor |

---

EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:06-cv-04248 JL

#25869 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently set for October 18, 2006, at 10:30 a.m.. to December 20, 2006.  Plaintiffs filed the Complaint against Defendant on July 11, 2006.  Defendant has not yet been served.  Plaintiffs attempted personal service on Defendant at Defendant's residence and learned that the address of record is no longer valid.  Plaintiffs are investigating Defendant's present location and address, and are still attempting to serve Defendant.  Plaintiffs therefore request to continue the case management conference so that plaintiffs may continue to attempt to serve Defendant.

DATED:  October 5, 2006            HOLME ROBERTS & OWEN LLP


By:      /s/ --- Jonathan G. Fetterly
         Thomas M. Kerr
         Jonathan G. Fetterly
         Attorney for Plaintiffs


## ORDER

Good cause having been shown:

**IT IS ORDERED** that the Case Management currently scheduled for October 18, 2006, at 10:30 a.m.. is hereby continued to December 20, 2006.

Dated:  October 11, 2006      _____
                              Chief Magistrate Judge James Larson

*IT IS SO ORDERED*
*Judge James Larson*

2
*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:06-cv-04248 JL

#25869 v1