Thomas M. Kerr (CA State Bar No. 241530)
Jonathan G. Fetterly (CA State Bar No. 228612)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs
PRIORITY RECORDS, LLC; ARISTA RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; and UMG RECORDINGS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and UMG RECORDINGS, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA WILLIAMS,<br><br>Defendant. | CASE NO. 3:06-CV-04248 JL<br><br>Honorable James Larson<br><br>***EX PARTE*** **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: December 20, 2006<br>Time: 10:30 a.m.<br>Location: Courtroom F, 15th Floor |

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:06-cv-04248 JL
#27155 v1

1  Plaintiffs hereby request that the Court continue the case management conference currently
2  set for December 20, 2006 to February 21, 2007. Plaintiffs filed the Complaint against Defendant on
3  July 11, 2006. Defendant has not yet been served. Plaintiffs previously filed, and the Court granted,
4  a request to continue this case management conference. Plaintiffs have attempted personal service
5  on Defendant, however Plaintiffs are still unable to locate a valid address. However, Plaintiffs are
6  still attempting to locate a valid address for the Defendant, and are hopeful that Defendant will be
7  served in the near future. Plaintiffs therefore request to continue the case management conference so
8  that plaintiffs may continue to attempt to serve Defendant.

DATED: December 13, 2006          HOLME ROBERTS & OWEN LLP

By: _____/s/ --- *Thomas Kerr*_____
   Thomas M. Kerr
   Attorney for Plaintiffs

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently scheduled for December 20, 2006, at 10:30 a.m. is hereby continued to February 21, 2007.

Dated: Deecmber 18, 2006

*/s/ James Larson*
Chief [Magistrate Judge] James Larson

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 3:06-cv-04248 JL
#27155 v1